UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>BRUCE EPPERSON,<br>a/k/a "Tea,"<br>EDDIE BARRETO,<br>GRANT McIVER,<br>a/k/a "Dizzy,"<br>JOHN NICOLAS,<br>a/k/a "John John," and<br>ROY NICOLAS<br><br>                Defendants. | **Unsealing Order**<br><br>25 Cr. 496 (ER) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Matthew J. King;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          October 28, 2025

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK