UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

JOHN NICOLAS,
ROY NICOLAS,
BRUCE EPPERSON,
EDDIE BARRETO, and
GRANT MCIVER,

            Defendants.
------------------------------------------------x

**ORDER**

25 Cr. 496 (ER)

Ramos, D.J.:

An initial conference will be held on **November 14, 2025, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  New York, New York
         November 6, 2025

                                        Edgardo Ramos, U.S.D.J.