UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

JOHN NICOLAS,
ROY NICOLAS,
BRUCE EPPERSON,
EDDIE BARRETO, and
GRANT MCIVER,

        Defendants.
-------------------------------------------------x

**ORDER**

25 Cr. 496 (ER)

Ramos, D.J.:

The initial conference presently scheduled for November 14, 2025, is hereby rescheduled for **November 18, 2025, at 11 AM** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
         November 10, 2025

                                          Edgardo Ramos, U.S.D.J.