UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

         - against-

BRUCE EPPERSON,

                Defendant.
-------------------------------------------------x

**ORDER**

25 Cr. 496-3 (ER)

Ramos, D.J.:

A substitution of counsel hearing will be held on **July 7, 2026, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated: July 2, 2026
      New York, New York

_____
Edgardo Ramos, U.S.D.J.