UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BRUCE EPPERSON,

Defendant.

**ORDER**

25 Cr. 0496-3 (ER)

Ramos, D.J.:

The C.J.A. attorneys assigned to this case, Karloff Commissiong and Esere Onaodowan, are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Lance A. Clark**.

SO ORDERED.

Dated: New York, New York
July 7, 2026

Edgardo Ramos, U.S.D.J.