**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 11, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Bruce Epperson, et al.*, 25 Cr. 496 (ER)**

Dear Judge Ramos:

The Government respectfully requests, with consent of counsel for the defendants, a 45-day adjournment of the motions schedule, which was ordered during the status conference in the above-captioned matter on May 15, 2026. The Government requests this additional time to enable the parties to continue discussing a pre-trial resolution. Accordingly, the Government respectfully proposes that (i) the defendants file motions by October 30, 2026; (ii) the Government file its response by November 30, 2026; and (iii) that the defendants file any reply by December 14, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Matthew J. King
William C. Kinder
Dana R. McCann
(212) 637-2384 / 2394 / 2308
Assistant United States Attorneys
Southern District of New York

cc: Counsel for Defendants (by ECF)

The application for an extension of the motions schedule is granted. Defendants' motions are due October 30, 2026. The government's response is due November 30, 2026 and the defendants' replies are due December 14, 2026.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/14/2026
New York, New York